UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No.:  05-890 (MJD/RLE)

JOHN REED,

                    Plaintiff,

v.                                                                                    ORDER

CITY OF CROSBY, ET AL.,

                    Defendants.

_____

            The Court having been advised that the above action has settled,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining

jurisdiction for 60 days to permit any party to move or reopen the action, for good cause

shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of

the settlement terms.

Dated:  March 27, 2006

                                        s/Michael J. Davis
                                        MICHAEL J. DAVIS
                                        United States District Court Judge